In the Matter of the Accounting of HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, Guardian of ROSLYN FELDMANN, an Infant, Appellant and Respondent.

ROSLYN FELDMANN (Former Infant), Respondent and Appellant.

Submitted May 14, 1945; decided May 17, 1945.

Motion for order directing respondent-appellant to include in the record on appeal the cross notice of appeal, granted on condition that the applicant undertakes to pay one half the cost of printing the record in this court and files an undertaking on appeal; otherwise, denied with $10 costs.